■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTO RICHARDS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Lombardo, J.), rendered January 4, 1983, convicting him of murder in the second degree, manslaughter in the first degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant was not deprived of his constitutional right to counsel when he was arrested and placed in a lineup without an attorney being present to represent him (*People v Hawkins,* 55 NY2d 474, *cert denied* 459 US 846; *People v Robertson,* 109 AD2d 806).

In *People v Hawkins* (*supra,* p 485), the Court of Appeals expressly rejected the notion that there is a right to counsel at an investigatory lineup, conducted before the filing of an accusatory instrument, noting that there are significant differ-

ences between the active role of an attorney during interrogation and the more passive one in observing a lineup.

Defendant's remaining contentions, including those included in his *pro se* supplemental brief, have been considered and found to be without merit. Bracken, J. P., O'Connor, Rubin and Lawrence, JJ., concur.